IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:25-MC-00026** |
| | ) | |
| ONE MOSSBERG 500A (SN: L184635); | ) | |
| | ) | |
| ONE TAURUS PT740 (SN: SIY89706); | ) | |
| | ) | |
| ONE HENRY H009B (SN: TTB029524); | ) | |
| | ) | |
| ONE DREYSE 1910 (SN: 63173); | ) | |
| | ) | |
| ONE SMITH & WESSON 581 (SN: AAD0955); | ) | |
| | ) | |
| ONE RUGER MARK II (SN: 224-21049); | ) | |
| | ) | |
| ONE NORINCO SKS (SN: 21054604); | ) | |
| | ) | |
| ONE PALMETTO STATE ARMORY PA-9 (SN: MM001053); | ) | |
| | ) | |
| ONE HECKLER & KOCH HK416D (SN: WH001217); and | ) | |
| | ) | |
| ZASTAVA M91 (SN: 047117), | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE FORFEITURE COMPLAINT**

NOW COMES Plaintiff the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, pursuant to 18 U.S.C. § 983(a)(3)(A), and hereby request that this Court extend, for sixty days, the deadline for filing a

Complaint for Forfeiture *In Rem* in this matter. In support of this Motion, the Government submits as follows:

1. On or about June 5, 2025, law enforcement seized approximately 16 firearms and multiple rounds of assorted ammunition from the residence of Robert Dominic Ventura, III ("Ventura") during the execution of a search warrant.

2. Based on the information developed during the seizure, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") initiated an administrative forfeiture against the seized firearms and ammunition.

3. Mr. Ventura ("Claimant") filed a claim against 10 of the seized firearms (the "Defendant Firearms") in the administrative proceeding requesting judicial forfeiture of the Defendant Firearms. Ventura is the only individual to make a claim to the Defendant Firearms in the administrative proceeding and the Government's current deadline to file a civil forfeiture complaint is Tuesday, November 4, 2025.

4. The undersigned counsel for Government and counsel for Claimant are engaged in pre-filing informal discovery and settlement discussions in this matter.

5. Thus, in order to facilitate completion of informal pre-complaint discovery and discussions, the Government requests a sixty-day extension to file any civil forfeiture complaint, until and including Monday, January 5, 2026.[1]

6. The undersigned has conferred with counsel for Claimant who consents to this Motion.

7. Under such circumstances, Section 983(a)(3)(A) grants this Court authority to grant an extension.

---

[1] Sixty days falls on a Saturday.

2

Case 1:25-mc-00026-MR-WCM    Document 1    Filed 10/29/25    Page 2 of 3

WHEREFORE, for the reasons set forth herein, for good cause shown, and so that the parties may engage in pre-complaint informal discovery and settlement discussion, and without objection by the only administrative forfeiture claimant to the property, the United States respectfully requests that this Court issue and Order for Extension in the form submitted herewith, granting a sixty (60) day extension to file any civil forfeiture complaint, until and including Monday, January 5, 2026.

Respectfully submitted this 29th day of October, 2025.

**RUSS FERGUSON**
**UNITED STATES ATTORNEY**

/s Seth Johnson
J. Seth Johnson
Texas Bar No. 24083259
Assistant United States Attorney
227 W. Trade Street., Suite 1650
Charlotte, NC 28202
(704) 338-3159
seth.johnson@usdoj.gov